UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
        -v.-                         :    ORDER OF
                                     :    RESTITUTION
STUART SCHLESINGER,                  :
                                     :    16 Cr. 278 (WHP)
                                     :
             Defendant.              :
                                     :
- - - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Matthew Laroche, Assistant United States Attorney, of counsel; STUART SCHLESINGER's conviction on Count One of Information 16 Cr. 278 (WHP); and all other proceedings in this case, it is hereby ORDERED that:

        1. **Amount of Restitution.**  STUART SCHLESINGER, the defendant, shall pay restitution in the total amount of $5,549,017 to the victims of the offenses referenced above.  The name, address, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

        2. **Joint and Several Liability.** The defendant's liability for restitution shall be joint and several with that of any other

defendant ordered to make restitution for the offenses in this matter. The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the defendant and co-defendants in this matter.

    **3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:    New York, New York
         ~~September~~ October 3, 2016

                                   _____
                                   THE HONORABLE WILLIAM H. PAULEY, III
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK