```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                        AMENDED
                                        :       CONSENT PRELIMINARY
         -v.-                                   ORDER OF FORFEITURE/
                                        :       MONEY JUDGMENT
STUART SCHLESINGER,
                                        :       16 Cr. 278 (WHP)
         Defendant.
                                        :
- - - - - - - - - - - - - - - - x

        WHEREAS, on or about April 7, 2016, STUART

SCHLESINGER, (the "defendant"), was charged in a one-count

Information, 16 Cr. 278 (WHP) (the "Information"), with wire

fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Count One);

        WHEREAS, the Information included a forfeiture

allegation as to Count One, seeking forfeiture to the United

States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461, of all property, real or personal, constituting or derived

from proceeds traceable to the offense charged in Count One of

the Information;

        WHEREAS, on or about May 9, 2016, the defendant pled

guilty to Count One of the Information and admitted the

forfeiture allegation as to Count One of the Information,

pursuant to a plea agreement with the Government, wherein the

defendant agreed to forfeit, a sum of money in United States

currency, representing all property, real or personal,

constituting or derived from proceeds traceable to the offense charged in Count One of the Information and all right, title, and interest of the defendant in the following property:

  a.   all that lot or parcel of land, together
       with   its   buildings,   appurtenances,
       improvements,  fixtures,  attachments  and
       easements,  located  at  186  Dune  Road,
       Quogue,  New  York  11978  (the  "Specific
       Property");

WHEREAS, on or about September 30, 2016, the defendant was sentenced and ordered to forfeit, a sum of money equal to $5,549,017 in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of the Information, and all right, title, and interest in the Specific Property;

WHEREAS, on or about October 3, 2016, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Order of Forfeiture") (Docket Entry: 27), forfeiting the defendant's right, title and interest in the Specific Property;

WHEREAS, the Government has agreed not to seek the forfeiture of the Specific Property;

WHEREAS, the defendant consents to a money judgment in the amount of $5,549,017 in United States currency, representing the proceeds traceable to the offense charged in Count One;

IT IS HEREBY STIPULATED AND AGREED, by and between the

United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Matthew Laroche, of counsel, and the defendant, and his counsel, Murray Richman, Esq. that:

1.      As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of $5,549,017 in United States currency (the "Money Judgment") shall be entered against the defendant.

2.      The Government releases any claim to the Specific Property and will not seek forfeiture of the Specific Property.

3.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Amended Consent Preliminary Order of Forfeiture/Money Judgment, this Amended Consent Preliminary Order of Forfeiture /Money Judgment is final as to the defendant, STUART SCHLESINGER, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

4.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New

York 10007 and shall indicate the defendant's name and case number.

5. Upon execution of this Amended Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. The Court shall retain jurisdiction to enforce this Amended Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Amended Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

8. The Clerk of the Court shall forward three certified copies of this Amended Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney

Sarah K. Eddy, Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

**SPACE INTENTIONALLY**

**LEFT BLANK**

9.  The signature page of this Amended Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____        2/3/2017
    MATTHEW LAROCHE                          DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007


By: _____        2/3/2017
    MURRAY RICHMAN, ESQ.                     DATE
    Attorney for Defendant
    Law Offices of Murray Richman
    2027 Williamsbridge Road
    Bronx, NY 10461


SO ORDERED:


_____            2/22/17
WILLIAM H. PAULEY III                       DATE
U.S.D.J.