United States District Court
Southern District of New York
State of New York

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2018

----------------------------------

United States of America,

    - against -

Stuart Schlesinger,

        Defendant
----------------------------------

Assignment of Judgment
Index No.
16 Cr. 278 (WHP)

    AGREEMENT made as of the 29th day of June, 2018 between the Winston White, Assignor, and The Lawyers' Fund For Client Protection Of The State of New York, Assignee, located at 119 Washington Avenue, Albany, New York 12210.

    WHEREAS, on the 3rd of October 2016, judgment was entered in the United States District Court, Southern District of New York in favor of Winston White, and against Stuart Schlesinger in the sum of $150,166.

    Now, therefore, in consideration of $150,166 dollars, paid to the Estate of Dorothy Boodie, the Assignor assigns to the Assignee the said judgment.

    The Assignor irrevocably appoints the Assignee his attorney, with power of substitution and revocation, to ask, demand and receive, and to sue out executions, and take all lawful ways for the recovery of the money due or to become due on said judgment; and, on payment, to acknowledge satisfaction or discharge of the same.

    The Assignor covenants that there is now due on the said judgment the sum of $150,166 dollars; that he will not release nor discharge the said judgment, and that said judgment is free from attorney's liens.

    In Witness Whereof, the Assignor has executed this Agreement as of the date first written above.

X _____
Winston White, Assignor
1070 Park Place
Brooklyn, NY 11238

(The Assignor must have the Acknowledgment on the reverse side completed by a Notary Public.)

> **WARNING:** Acknowledgment <u>must</u> be fully completed to be effective.
>
> You <u>must</u> insert name of the person appearing before you, date, and County

## ACKNOWLEDGMENT
*(for use within the State of New York)*

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF __Kings__      )

On the __29__ day of __June__ in the year 20__18__ before me, the undersigned, a Notary Public in and for said State, personally appeared: __Winston White__,
_____,
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

[Notary seal: GEANINE TOWERS, MY COMMISSION EXPIRES FEB. 21, 2019, KINGS COUNTY, NEW YORK, NOTARY PUBLIC]

Comm # 02T06256117

## ACKNOWLEDGMENT
*(for use outside the State of New York)*

STATE OF __~~State of New York~~__
                         )ss.:
COUNTY OF __Kings__      )

On the __29__ day of __June__ in the year 20__18__ before me, the undersigned, a Notary Public in and for said State, personally appeared: __Winston White__
_____,
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in _____

*(Insert city or political subdivision and state or country or other place acknowledgment taken).*

_____
*(Signature and office of individual taking acknowledgment)*

STATE OF NEW YORK

COUNTY OF ALBANY                    AFFIDAVIT

I, GABRIEL HUERTAS, ASSISTANT Counsel to the Lawyers' Fund for Client Protection of the State of New York, hereby attests under the penalty of perjury;

That the Lawyers' Fund for Client Protection of the State of New York, located at 119 Washington A venue, Albany, New York, 12210, is an agency of the State of New York established by section 97-t of the New York State Finance Law;

That as an agency of the State of New York, the Lawyers' Fund for Client Protection is exempt from any statutory filing fees pursuant to section 8017(a) of the Civil Practice Law and Rules of New York State.

Dated: 8/21/18

Gabriel Huertas, Assistant Counsel
Lawyers' Fund for Client Protection
Of the State of New York
119 Washington Avenue
Albany, New York  12210

STATE OF NEW YORK   )
                    )ss:
COUNTY OF ALBANY    )

On the 21 day of August in the year 2018, before me, the undersigned, a Notary Public in and for said State, personally appeared Gabriel Huertas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

JAHNEL KACZOR
Notary Public, State of New York
No. 01KA5050101
Qualified in Albany County
Commission Expires Oct. 2, 20 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :
          -v.-                         :     ORDER OF
                                       :     RESTITUTION
STUART SCHLESINGER,                    :
                                       :     16 Cr. 278 (WHP)
                                       :
              Defendant.               :
                                       :
- - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Matthew Laroche, Assistant United States Attorney, of counsel; STUART SCHLESINGER's conviction on Count One of Information 16 Cr. 278 (WHP); and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** STUART SCHLESINGER, the defendant, shall pay restitution in the total amount of $5,549,017 to the victims of the offenses referenced above. The name, address, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      **2. Joint and Several Liability.** The defendant's liability for restitution shall be joint and several with that of any other

1

defendant ordered to make restitution for the offenses in this matter. The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:  New York, New York
~~September~~ , 2016
October 3

THE HONORABLE WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -  X
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -v.-                            :   SCHEDULE OF VICTIMS
                                       :
STUART SCHLESINGER,                    :   16 Cr. 278 (WHP)
                                       :
                Defendant.             :
                                       :
                                       :
- - - - - - - - - - - - - - - - - - -  X
```

| No. | Victim Name | Address | Amount of Restitution Owed |
|---|---|---|---|
| 1 | Matilde Gonzalez-Aponte | 1045 Doyle Road<br>Deltona, Florida 32725 | $99,602 |
| 2 | Sandi Bachom | 129 West 15th Street, Apt. 1<br>New York, New York 10011 | $19,323 |
| 3 | Kelley A. Bardwell | 1621 Baypointe Drive<br>Newport Beach, California 92660 | $22,000 |
| 4 | Penelope Buschman-Gemma | 40 East 88th Street<br>New York, New York 10128 | $14,500 |
| 5 | Michael Cahane | 1110 Bergen Avenue<br>Brooklyn, New York 11234 | $520,611 |
| 6 | Bill-Lee Ithier-Lanndis | 644 Riverside Drive, Apt. 11-A<br>New York, New York 10031 | $76,436 |
| 7 | Abbas Javaheri | 679 Long Ridge Road<br>Stamford, Connecticut 06902 | $6,000 |
| 8 | Barbara Kaye | 17 West 64th Street, Apt. 3B<br>New York, New York 10023 | $45,000 |
| 9 | Margaret Last | 6601 Burns Street<br>Rego Park, New York 11374 | $660,000 |
| 10 | Kenneth John Lawler | 9 Lancaster Close<br>Wellesborne<br>Warwick, England | $900,000 |
| 11 | Albin F. Luczak | 6141 Gates Avenue<br>Ridgewood, New York 11385 | $1,005,000 |
| 12 | Michaele Morrissey | 26 Finlay Avenue<br>Staten Island, New York 11385 | $50,000 |
| 13 | Blanca Iris Negron | 3235 Emmons Avenue<br>Brooklyn, New York 11235 | $94,282 |

# The Lawyers' Fund for Client Protection
### of the State of New York
119 Washington Avenue • Albany, New York 12210
Telephone: 518/434-1935 • 800/442-FUND • Fax: 518/434-5641
www.nylawfund.org



**Board of Trustees**
Eric A. Seiff,
*Chairman*
Anthony J. Baynes
Peter A. Bellacosa
Stuart M. Cohen
Patricia L. Gatling
Charlotte G. Holstein
Lisa L. Hutchinson

Michael J. Knight,
*Executive Director*

Gabriel Huertas,
*Assistant Counsel*

Keri Cleveland,
*Investigator*

August 20, 2018

Hon. Ruby J. Krajick
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: United State of America v. Stuart Schlesinger

Dear Mr. Krajick:

I enclose for filing an assignment of judgment executed by Winston White, Assignor, in favor of the Lawyers' Fund for Client Protection.

The Lawyers' Fund is a New York State agency and is thus exempt from any statutory filing fees pursuant to section 8017 (a) of the Civil Practice Law and Rules.  I enclose my affidavit attesting to this.

Please stamp and return the enclosed duplicate copy of the assignment of judgment in the enclosed pre-addressed stamped envelope.

In addition, kindly provide three transcripts of judgments for each assignment for filing with other counties.

Thank you in advance for your cooperation.

Very truly yours,

Gabriel Huertas
Assistant Counsel

GH/hrt
Enclosures

