

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2020

Application granted.

SO ORDERED:



WILLIAM H. PAULEY III
U.S.D.J.

April 3, 2020

By ECF
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007

Re:   *United States v. Stuart Schlesinger*, 16 Cr. 278 (WHP)

Dear Judge Pauley:

      The Government respectfully requests until April 8, 2020, to respond to the letter sent to the Court earlier today by several of the defendant's family members that requests the defendant's immediate release from prison in light of COVID-19.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: /s/ Matthew Laroche
      Matthew Laroche
      Assistant United States Attorney
      (212) 637-2420

Cc:   By ECF
      Murray Richman, Esq.

      By Email
      Linda Schlesinger
      Adam Schlesinger
      Michael Schlesinger
      Lauren Schlesinger