UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STUART SCHLESINGER | **AMENDED RESTITUTION ORDER**<br><br>16 Cr. 278 |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Assistant United States Attorney Melissa A. Childs, of counsel, it is hereby ORDERED that:

**1. Amount of Restitution.** STUART SCHLESINGER, the Defendant, shall pay restitution in the total amount of $5,548,926.00.

**2. Apportionment Among Victims.** Pursuant to 18 U.S.C. § 3664(i), payments should be applied first to the individual victims of the offense of conviction on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the adjusted amount of loss, and next, pursuant to 18 U.S.C. § 3664(j)(1), to the Subrogee as set forth more fully in Schedule A. Upon advice of a change of address, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Amended Schedule of Victims attached hereto as Schedule A shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
April 6, 2023

_____
UNITED STATES DISTRICT JUDGE